1  NORMAN J. BLEARS (95600)
2  norm.blears@hellerehrman.com
   HELLER EHRMAN LLP
3  275 Middlefield Road
   Menlo Park, CA 94025-3506
4  Telephone:  (650) 324-7000
   Facsimile:  (650) 324-0638
5
6  MICHAEL P.A. COHEN (admitted *pro hac vice*)
   michael.cohen@hellerehrman.com
7  KATHERINE E. WOOD
   katie.wood@hellerehrman.com
8  HELLER EHRMAN LLP
   1717 Rhode Island Ave., NW
9  Washington, D.C. 20036
   Telephone:  (202) 912-2000
10 Facsimile:  (202) 912-2020
11
12 Attorneys for Plaintiff
   SYMANTEC CORPORATION
13

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION          *E-FILED - 10/12/05*

17
   SYMANTEC CORPORATION,            Case No.:  C 05-02309 RMW
18
                          Plaintiff,   **ORDER GRANTING**
19                                     **EXTENSION OF TIME FOR**
                                       **INITIAL DISCLOSURES, CASE**
20         v.                          **MANAGEMENT STATEMENT,**
                                       **RULE 26(f) REPORT AND**
21 HOTBAR.COM, INC.,                   **RESCHEDULING CASE**
                                       **MANAGEMENT CONFERENCE**
22
                          Defendant.
23

24

25        Under the Court's Order Setting Initial Case Management Conference, the parties'

26 initial disclosures, Case Management Statement, and Rule 26(f) Report were due on October

27 14, 2005 and the Case Management Conference was scheduled for October 21, 2005.  Having

28 considered the stipulated request for a brief extension of case management deadlines and for

Heller
Ehrman LLP

_____        _____
ORDER:  C 05-02309 RMW

good cause showing, the Court hereby grants the request and orders that: (1) the date for completion of initial disclosures and to file the Case Management Statement and Rule 26(f) Report be continued from October 14 to November 11, 2005; and (2) the Case Management Conference be continued from October 21 to November 18, 2005.


      SO ORDERED:


Dated: 10/12/05

By  /s/ Ronald M. Whyte
    Hon. Ronald M. Whyte

Heller
Ehrman LLP

-2-

ORDER:  C 05-02309 RMW