NORMAN J. BLEARS (95600)
norm.blears@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL P.A. COHEN (admitted *pro hac vice*)
michael.cohen@hellerehrman.com
KATHERINE E. WOOD
katie.wood@hellerehrman.com
HELLER EHRMAN LLP
1717 Rhode Island Ave., NW
Washington, D.C. 20036
Telephone: (202) 912-2000
Facsimile: (202) 912-2020

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/15/05*

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HOTBAR.COM, INC.,<br><br>　　　　　　　Defendant. | Case No.: C 05-02309 RMW<br><br>**ORDER GRANTING EXTENSION OF TIME FOR INITIAL DISCLOSURES, CASE MANAGEMENT STATEMENT, RULE 26(f) REPORT AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Under the Court's Order Setting Initial Case Management Conference, the parties' initial disclosures, Case Management Statement, and Rule 26(f) Report were due on October 14, 2005 and the Case Management Conference was scheduled for October 21, 2005. The parties then moved for a brief extension of case management deadlines and on October 12,

_____
ORDER: C 05-02309 RMW

2005, the Court granted the request and ordered that: (1) the date for completion of initial disclosures and to file the Case Management Statement and Rule 26(f) Report be continued from October 14 to November 11, 2005; and (2) the Case Management Conference be continued from October 21 to November 18, 2005. Having considered the parties' stipulated request for an additional brief extension of case management deadlines and for good cause showing, the Court hereby grants the request and orders that: (1) the date for completion of initial disclosures and to file the Case Management Statement and Rule 26(f) Report be continued from November 11 to December 2, 2005; and (2) the Case Management Conference be continued from November 18 to December 9, 2005.

SO ORDERED:

Dated: 11/15/05          By /S/ RONALD M. WHYTE
                            Hon. Ronald M. Whyte

Heller Ehrman LLP

-2-

ORDER: C 05-02309 RMW