FILED

OCT 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

SYMANTEC CORPORATION

Plaintiff,

v.

HOTBAR.COM, INC.

Defendant

No. C 05-02309 RMW

STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR (*please identify process and provider*)

Non-binding mediation in which both parties jointly select the mediator for the ADR process.

Dated: 9/29/05 Michael P.A. Cohen /s/ electronic signature authorized
Attorney for Plaintiff

Dated: 9/28/05 Chris Wolf /s/ electronic signature authorized
Attorney for Defendant

IT IS SO ORDERED:

Dated: 10/21/05 Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Case 5:05-cv-02309-RMW Document 8 Filed 09/30/2005 Page 1 of 2

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

**Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.**

*(Note: This Certification must be signed by each party and its counsel.)*

**Dated:** 9/29/05

Joyce M. Cartun /s/ electronic signature authorized
[Typed name and signature of plaintiff]
Joyce M. Cartun
Legal Department, Symantec Corporation

**Dated:** 9/29/05

Michael P.A. Cohen /s/ electronic signature authorized
[Typed name and signature of counsel for plaintiff]
Michael P.A.Cohen
Heller Ehrman LLP

**Dated:** ____________

[Typed name and signature of defendant]

Chris Wolf
/s/ electronic signature authorized

**Dated:** 9/28/05

[Typed name and signature of counsel for defendant]
Chris Wolf
Proskauer Rose LLP